FILED
RICHARD W. NAGEL
CLERK OF COURT

2023 JAN -5  PM 3: 16

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO.** |
| **Plaintiff,** | **JUDGE** |
| vs. | **INFORMATION** |
| **COURTNEY LITZINGER,** | **18 U.S.C. § 1343** |
| **Defendant.** | **FORFEITURE** |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Wire Fraud)**

1.      From on or about June 10, 2020, through on or about October 26, 2021, in the Southern District of Ohio, the defendant, **COURTNEY LITZINGER**, with the intent to defraud, devised, intended to devise, and knowingly participated in a scheme to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises; that is, **LITZINGER** filed and recertified false and fraudulent applications for unemployment insurance (UI) benefits with the Ohio Department of Jobs and Family Services (ODJFS), using the identities of herself and others.

**The Scheme**

Part of **LITZINGER's** scheme to defraud included the following:

2.      On her own fraudulent UI applications, **LITZINGER** falsely stated the dates of her employment and submitted fake receipts for a purported business;

3.      **LITZINGER** filed fraudulent UI applications using the personally identifiable information ("PII") of deceased relatives and acquaintances;

4.     **LITZINGER** filed a fraudulent UI application using the PII of an acquaintance without that acquaintance's knowledge;

5.     In total, **LITZINGER's** scheme caused ODJFS to pay out at least $102,471 on fraudulent UI applications.

### Execution of the Scheme

6.     On or about July 21, 2020, in the Southern District of Ohio, for the purpose of executing the scheme described above, and attempting to do so, the defendant, **COURTNEY LITZINGER**, caused to be transmitted signals and sounds by means of wire communication in interstate commerce—that is, by fraudulently causing ODJFS to make a direct deposit of $789 into a bank account in her control, **LITZINGER** caused interstate wire transmissions of electronic banking information.

**In violation of Title 18, United States Code, Section 1343.**

### FORFEITURE

7.     The allegations contained in this Information are incorporated here for the purpose of alleging forfeitures to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

8.     Upon conviction of the offense alleged in Count 1 of this Information in violation of Title 18, United States Code, Section 1343 (Wire Fraud), the defendant, **COURTNEY LITZINGER**, shall forfeit to the United States, in accordance with Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, constituting or derived from proceeds traceable to such offense including, but not limited to, a sum of money equal to $102,471 in United States currency.

9.     If any of the above-described forfeitable property, as a result of any act or omission of the defendant, **COURTNEY LITZINGER**:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided

without difficulty;

it is the intent of the United States of America, pursuant to Title 21, United States Code,

Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek

forfeiture of any other property of the defendant, **COURTNEY LITZINGER**, up to the value of

the forfeitable property.

**Forfeiture notice pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**KENNETH L. PARKER**
**United States Attorney**

*David J. Twombly*

**DAVID J. TWOMBLY (92558)**
**Assistant United States Attorney**

3