# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**United States of America,**

**v.**

**Courtney Litzinger,**

**Case No. 2:23-cr-02**

**Judge Michael H. Watson**

## ORDER

There being no objections, and upon review of the Information, Plea Agreement, and Report and Recommendation of the Magistrate Judge ("R&R") the Court hereby adopts the R&R, ECF No. 17.   The Court accepts Defendant's plea of guilty to Count 1 of the Information, and she is hereby adjudged guilty on that count.   The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**